# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GARY DUMARS**                                                                **PETITIONER**

**VS.**                            **CASE NO. 2:09CV00104 JMM/HDY**

**T.C. OUTLAW, WARDEN,**                                                  **RESPONDENT**

### ORDER

The petitioner moves for voluntary dismissal of this case without prejudice.  *See* docket entry no. 8.  The motion is granted, and the case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October, 2009.


_____
UNITED STATES DISTRICT JUDGE