IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GARY DUMARS**                                                                 **PETITIONER**

**VS.**              **CASE NO. 2:09CV00104 JMM/HDY**

**T.C. OUTLAW, WARDEN,**                                           **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 19th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE